JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>JACK H. TULANIAN, in individual and representative capacity as trustee of the Tulanian Family Trust established under Declaration of Trust dated March 9, 1970; MARGARET TULANIAN, in individual and representative capacity as trustee of the Tulanian Family Trust established under Declaration of Trust dated March 9, 1970; TLMJT CORPORATION, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No. CV 19-06332-AB (GJSx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-

1.

open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 8, 2020        _____
                                  ANDRÉ BIROTTE JR.
                                  UNITED STATES DISTRICT JUDGE